**Order entered August 12, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00521-CR

**GREGORY ALLEN ROBINSON, JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F1-334479-R**

## ORDER

The Court notes that none of the boxes is checked on the trial court's certification of appellant's right to appeal. Accordingly, we **ORDER** the trial court to file a completed certification of appellant's right to appeal within **FIFTEEN DAYS** of the date of this order.

We **ORDER** court reporter Mary Snider to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 1 and 21, videos.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Mark Stoltz, Presiding Judge, 265th Judicial District Court; Mary Snider, official court reporter, 265th Judicial District Court, and to counsel for all parties.

/s/ DAVID EVANS
JUSTICE